## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN A. MORAN | CIVIL ACTION |
| VERSUS | NO. 11-2240 |
| HARRY CONNICK, SR, ET AL. | SECTION "N" (1) |

### ORDER AND REASONS

It appears to the Court that Plaintiff's "Second Amended Complaint" (Rec. Doc. 24) was filed into the record without leave of court being granted. Accordingly, **IT IS ORDERED** that the document be stricken from the record.

**IT IS FURTHER ORDERED** that, if Plaintiff desires to amend his complaint to include additional allegations, he must submit, no later than ten (10) days from entry of this order, a motion for leave to file a second amending and superseding complaint accompanied by a proposed "Second Amending and Superseding Complaint" that also includes the allegations of the original and first amended complaints on which Plaintiff continues to rely.

Because the proposed pleading accompanying Plaintiff's pending motion for leave to file (Rec. Doc. 22) does not comply with the requirements set forth in this order, **IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 6th day of June 2012.

_____
**Kurt D. Engelhardt**
**United States District Judge**